UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Manning, rel., for the United States Department of the Interior )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>Pogo Producing Company, )<br>)<br>Defendant. ) | Civil Action No. 08cv2896 |

---

### UNOPPOSED MOTION TO WITHDRAW
---

The undersigned counsel of record, Michael S. Porter, hereby moves this Honorable Court for an Order authorizing him to withdraw as counsel of record for the Plaintiff, Manning in the above captioned action, and as grounds therefore states:

1. The undersigned counsel entered his appearance in the above captioned action conditioned upon the United States concurring with the merits of Mr. Manning's claims and intervening. The United States has now conducted its investigation and has declined to intervene. Accordingly, the undersigned counsel requests leave to withdraw as counsel for Plaintiff, Manning.

2. The undersigned counsel has consulted with Assistant U.S. Attorney, Michelle Zingaro, and Ms. Zingaro advises that the Department of Justice has no objection to this Motion to Withdraw.

1

WHEREFORE, the Relator respectfully requests an Order granting the undersigned attorney leave to withdraw as counsel of record for the Plaintiff Manning in the above captioned action; and that this Court grant such other and further relief as the Court deems just and proper.

Respectfully submitted Wednesday, October 29, 2008.

THE LAW FIRM OF MICHAEL S. PORTER

By: /s/ Michael S. Porter
Michael S. Porter, Esq., #11480
4465 Kipling Street, Suite 200
Wheat Ridge, Colorado  80033-2810
Telephone: (303) 940-8370
Fax:     (303) 421-4309
E-mail: porterlaw@comcast.net

ATTORNEY FOR PLAINTIFF MANNING

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and correct copy of the foregoing was filed and served on October 29, 2008 electronically through the E-filing system and will send notification of such electronic submission, addressed to the following in the manner indicated by the participant's name.

Michelle Zingaro, Esq, (via regular mail)
U.S. Attorney's Office
P. O. Box 61129
Houston, TX  77208

Mr. Ronald Manning (via regular mail)
#1332683 TC 3-89
2400 Wallace Park Road
Navasota, TX  77868

s/ Yvonne Greenbaum